McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONG YANG,<br><br>    Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | CIV-S-04-1035 CMK<br><br>STIPULATION AND ORDER<br>SETTLING ATTORNEY'S FEES<br>PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of ONE THOUSAND AND 00/100 DOLLARS ($1,000.00). This amount represents compensation for legal services rendered on behalf of plaintiff by plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of plaintiff's request for all fees and costs

under the EAJA, and does not constitute an admission of liability on the part of defendant under the EAJA.  Payment of the ONE THOUSAND AND 00/100 DOLLARS ($1,000.00) in fees shall constitute a complete release from and bar to any and all claims plaintiff may have relating to EAJA fees and costs in connection with this action.

DATED: June 2, 2005        /s/ David M. Shore
                           DAVID M. SHORE
                           Attorney at Law

                           Attorney for Plaintiff


DATED: June 3, 2005        McGREGOR W. SCOTT
                           United States Attorney


                      By:  /s/ Bobbie J. Montoya
                           BOBBIE J. MONTOYA
                           Assistant U. S. Attorney

                           Attorneys for Defendant

OF COUNSEL

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

JOANN KIM
Assistant Regional Counsel

U.S. Social Security Administration

---

Re:  ONG YANG v. JO ANNE B. BARNHART, Civ-s-04-1035 CMK, Stipulation and Order Settling Attorney's Fees Pursuant to the Equal Access to Justice Act

_____oOo_____

**ORDER**

Upon stipulation of the parties, plaintiff in Civ-S-04-1035 CMK, <u>ONG YANG v. Jo Anne B. Barnhart</u>, is hereby awarded attorney fees in the amount of $1,000.00, pursuant to the Equal Access to Justice Act.

APPROVED AND SO ORDERED.

DATED:   June 6, 2005.

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE